# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL GIEHL AND JANET GIEHL, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> TEREX UTILITIES and TEREX TELELECT, INC., <br><br> Defendants. | CIVIL ACTION NO. 3:CV-12-0083 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 19th day of February, 2013, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(c) to amend "Terex Utilities" to "Terex Utilities, Inc" and "Terex Telelect, Inc." to "Terex South Dakota, Inc." (Doc. 22) is **GRANTED**. Plaintiffs shall file the amended/corrected complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                             /s/ A. Richard Caputo
                                                             A. Richard Caputo
                                                             United States District Judge